IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GENESIS INSURANCE COMPANY,
Plaintiff,

v.

AHMED O. ALFI, et al.,
Defendants.

Case No. 2:05-CV-401
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On September 11, 2006, the Plaintiff filed a Motion for Voluntary Dismissal of its claims against Defendant Wayne Wooddell in view of a confidential settlement and release agreement between the two parties. Plaintiff's claims remain as to other Defendants.

In view of the status of the case as to Defendant Wooddell, the Plaintiff's Rule 41(a)(2) Motion (**Doc. #136**) is **GRANTED**. The pending motions related to Defendant Wooddell (**Doc. #93 and Doc. #119**) are **DENIED as moot**. The Clerk shall remove these motions from the Court's pending motions list.

**IT IS SO ORDERED.**

3-5-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE