IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| GENESIS INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C2-05-401 |
| | ) | |
| v. | ) | Judge Sargus |
| | ) | |
| RICHARD TEICH, et al., | ) | Magistrate Kemp |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PLAINTIFF GENESIS INSURANCE COMPANY'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT RICHARD TEICH

This matter is before the Court on Plaintiff Genesis Insurance Co.'s ("Genesis") Motion for Voluntary Dismissal of Claims Against Defendant Richard Teich pursuant to Fed. R. Civ. P. 41(a)(2).

Genesis and Teich have entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement"), which provides for dismissal of Genesis's claims against Teich with prejudice, and pursuant to which Genesis and Teich agree that this Court shall retain exclusive jurisdiction to enforce or interpret the terms of the Settlement Agreement. Defendant Teich has not filed a counterclaim in this action. Having considered the Motion, the Court finds it to be well-taken.

IT IS THEREFORE ORDERED that Plaintiff Genesis Insurance Company's Motion for Voluntary Dismissal of Claims Against Defendant Richard Teich is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff Genesis Insurance Company's claims and causes of action against Defendant Richard Teich are hereby dismissed with prejudice, each party to bear its own fees and costs; and

IT IS FURTHER ORDERED that this Court shall retain exclusive jurisdiction to enforce or interpret the terms of the Settlement Agreement.

Signed this __4th__ day of __March__, 2008.

_____
Judge or Magistrate Judge

{H1167394.1 }\\\DC - 069457/000003 - 2664200 v1