IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY | ) |
| Plaintiff, | ) Case No. C2-05-401 |
| v. | ) Judge Sargus |
| AHMED O. ALFI, et al., | ) Magistrate Kemp |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF GENESIS INSURANCE COMPANY'S
MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS
AGAINST DEFENDANT AHMED O. ALFI**

This matter is before the Court on Plaintiff Genesis Insurance Co.'s ("Genesis") Motion for Voluntary Dismissal of Claims Against Defendant Ahmed O. Alfi pursuant to Fed. R. Civ. P. 41(a)(2).

Genesis and Alfi have entered into a Settlement Agreement and Mutual Release (the "Settlement Agreement"), which provides for dismissal of Genesis's claims against Alfi with prejudice, and pursuant to which Genesis and Alfi agree that this Court shall retain exclusive jurisdiction to enforce or interpret the terms of the Settlement Agreement. Defendant Alfi has not filed a counterclaim in this action. Having considered the Motion, the Court finds it to be well-taken.

IT IS THEREFORE ORDERED that Plaintiff Genesis Insurance Company's Motion for Voluntary Dismissal of Claims Against Defendant Ahmed O. Alfi is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff Genesis Insurance Company's claims and causes of action against Defendant Ahmed O. Alfi are hereby dismissed with prejudice, each party to bear its own fees and costs; and

IT IS FURTHER ORDERED that this Court shall retain exclusive jurisdiction to enforce or interpret the terms of the Settlement Agreement.

Signed this ____4th____ day of _____March_____, 2008.

_____
Judge or Magistrate Judge